IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THEO SUMMERS BUFFALO BULLTAIL,<br><br>Defendant. | CR 22-86-BLG-SPW-01<br><br><br>ORDER |

Pending before the Court is a Motion to Quash the Writ of Habeas Corpus (*Ad Testificandum*) (Doc. 58) as to Alexis Rae Walker currently scheduled for February 6, 2023, at 9:00 a.m. For good cause shown,

IT IS HEREBY ORDERED that the Writ of Habeas Corpus (*Ad Testificandum*) is **QUASHED.**

DATED this 25th day of January, 2023.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge

1