IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-86-BLG-SPW-01 |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| THEO SUMMERS BUFFALO BULLTAIL, | |
| Defendant. | |

WHEREAS, in the superseding indictment in the above case, the United States sought forfeiture of any property of the above-captioned person, pursuant to 18 U.S.C. § 924(d), as property used or intended to be used to facilitate the violations alleged in the indictment, or as proceeds of said violation;

And whereas, on August 28, 2023, the defendant entered a plea of guilty to count 1 of the superseding indictment, which charged him with prohibited person in possession of a firearm and ammunition;

And whereas, the superseding indictment contained a forfeiture allegation that stated that as a result of the offenses charged in the superseding indictment, the defendant shall forfeit the following property:

- Remington, model M887, 12-gauge, pump-action shotgun (S/N:

1

  AAE016880A; and

- Various rounds of .40 caliber ammunition.

And whereas, by virtue of said guilty plea, the United States is now entitled to possession of the property, pursuant to 18 U.S.C. § 924(d), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

ACCORDINGLY, IT IS ORDERED:

1. That based upon the plea of guilty by the defendant to the superseding indictment, the United States is authorized and ordered to seize the property described above. This property is forfeited to the United States for disposition in accordance with the law, subject to the provisions of 18 U.S.C. § 924(d).

2. That the aforementioned forfeited property is to be held by the United States in its secure custody and control.

3. That the United States and/or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

4. That the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty

or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

5. That upon adjudication of all third-party interests, this Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 30th day of August, 2023.

SUSAN P. WATTERS
United States District Court Judge