# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THEO SUMMERS BUFFALO BULLTAIL,<br>Defendant. | CR 22-86-BLG-SPW<br><br>ORDER |

Upon the Joint Motion for Extension of Time to Raise Presentence Report Objections (Doc. 145), and for good cause shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the new deadline for objections to the presentence report is **December 13, 2023.**

**IT IS FURTHER ORDERED** that:

1. The presentence report, in final form, including any unresolved objections, shall be delivered to the Court and the parties on or before **December 27, 2023.**

2. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **January 3, 2024.** Absent good cause shown, sentencing memoranda and supporting documents filed after

1

January 3, 2024 will not be considered in addressing sentencing issues. Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

3. Responses to sentencing memoranda shall be filed on or before **January 8, 2024. A party is not permitted to file a response unless the party has filed an opening sentencing memorandum.**

The Clerk of Court is directed to notify counsel and U.S. Probation of the making of this Order.

DATED this 30th day of November, 2023.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge