IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-86 -BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| THEO SUMMERS BUFFALO BULLTAIL, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, March 20, 2024 at 1:30 p.m., is **VACATED** and **RESET** to commence on **Wednesday, June 12, 2024 at 1:30 p.m.,** at the same date and time as the sentencing in CR-23-89-BLG-SPW, in the James F. Battin U.S. Courthouse, Billings, Montana.

IT IS FURTHER ORDERED that all parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

1

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 20th day of February, 2024.

_____
SUSAN P. WATTERS
United States District Judge